UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/1/2020___

JOSUE ROMERO,

                              Plaintiff,

        -v-

KNOW STYLE, INC.,

                              Defendant.

No. 20-cv-7186 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, District Judge:

        The Court is in receipt of a letter from Plaintiff informing the Court that the parties have

reached a settlement in principle [ECF #12].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made by

January 4, 2021.  If no such application is made by that date, today's dismissal of the action is

with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:  December 1, 2020**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge